UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
VINCENT WARREN,

                Plaintiff,

v.

QUANDERA QUICK, Inmate Grievance
Program Supervisor; SHELLEY MALLOZZI,
Inmate Grievance Program, Director; REBECCA
A. LOREN, Inmate Grievance Program
Coordinator; and JOHN/JANE DOE(S),
Individually and in their official capacities,

                Defendants.
-----------------------------------------------------------x

**AMENDED ORDER
OF SERVICE**

19 CV 10989 (VB)

Briccetti, J.:

      Plaintiff, who is proceeding pro se and in forma pauperis, commenced this action by filing a complaint dated November 18, 2019, alleging defendants violated his constitutional rights. (Doc. #2).

      On December 20, 2019, the Court issued an Order of Service directing the U.S. Marshals Service to serve the three named defendants at Sing Sing Correctional Facility. (Doc. #6).

      On January 2, 2020, the Court received a letter from plaintiff, dated December 27, 2019, providing corrected addresses for two of the three named defendants. (Doc. #8). According to plaintiff, "Defendants Shelley Mallozzi and Rebecca A. Loren's address is: New Yorks [sic] Department of Corrections & Community Supervision: The Harriman State Capus [sic], 1220 Washington Avenue, Albany N.Y. 12226-2050." (Id.).

      Accordingly, to allow plaintiff to effect service on defendants Mallozzi and Loren through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals

1

Service Process Receipt and Return form ("USM-285 form") for these defendants. The Clerk of Court is further instructed to issue an amended summons as to these defendants and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon these defendants at their corrected addresses. The service addresses for these defendants are appended to this Order.

It is plaintiff's responsibility to ensure that service is made within 90 days of the date the summons is issued and, if necessary, to request an extension of time for service. See Meilleur v. Strong, 682 F.3d 56, 63 (2d Cir. 2012).

Plaintiff also must notify the Court in writing if plaintiff's address changes, and the Court may dismiss the action if he fails to do so.

## CONCLUSION

The Court directs the Clerk of Court to complete the USM-285 forms with the addresses for the listed defendants and deliver to the U.S. Marshals Service all documents necessary to effect service on these defendants.

The Clerk shall mail a copy of this Order to plaintiff at the address on the docket.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

Dated: January 6, 2020
      White Plains, New York

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

APPENDIX

1. Shelley Mallozzi
   Harriman State Campus
   1220 Washington Avenue
   Albany, New York 12226-2050

2. Rebecca A. Loren
   Harriman State Campus
   1220 Washington Avenue
   Albany, New York 12226-2050