UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
VINCENT WARREN,
            Plaintiff,

v.

QUANDERA QUICK, Inmate Grievance
Program Supervisor; SHELLEY MALLOZZI,
Inmate Grievance Program, Director; REBECCA
A. LOREN, Inmate Grievance Program
Coordinator; and JOHN/JANE DOE(S),
Individually and in their official capacities,
            Defendants.
----------------------------------------------------------------x

**ORDER**

19 CV 10989 (VB)

     Plaintiff, who is proceeding pro se and in forma pauperis, commenced this action by filing a complaint dated November 18, 2019, alleging defendants violated his constitutional rights. (Doc. #2).

     On December 20, 2019, the Court issued an Order of Service directing the U.S. Marshals Service to serve the three named defendants at Sing Sing Correctional Facility. (Doc. #6).

     On January 2, 2020, the Court received a letter from plaintiff, dated December 27, 2019, providing an updated address for two of the three named defendants. (Doc. #8). According to plaintiff, defendants Shelley Mallozzi and Rebecca A. Loren's correct address is: New York Department of Corrections & Community Supervision: The Harriman State Campus, 1220 Washington Avenue, Albany N.Y. 12226-2050. (Id.).

     Accordingly, on January 6, 2020, the Court issued an Amended Order of Service directing the Clerk to issue an amended summons and the Marshals Service to serve Mallozzi and Loren at the updated address provided by plaintiff. (Doc. #9).

1

However, on January 31, 2020, an attorney at Sing Sing Correctional Facility accepted service on behalf of all defendants, including Mallozzi and Loren, pursuant to Fed. R. Civ. P. 4(e)(1). (Docs. ##10, 11, 12). Accordingly, because the Marshals Service has effectuated service on Mallozzi and Loren at the address listed in the Court's original Order of Service, the Marshals Service no longer needs to attempt to serve these defendants at the address listed in the January 6 Amended Order of Service.

Accordingly, the Amended Order of Service is VACATED. (Doc. #9).

## CONCLUSION

The January 6 Amended Order of Service is VACATED. (Doc. #9).

The Clerk shall mail a copy of this Order to plaintiff at the address on the docket.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

Dated: February 13, 2020
      White Plains, New York

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge