UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
VINCENT WARREN,

        Plaintiff,

v.

QUANDERA T. QUICK; SHELLEY
MALLOZZI; REBECCA A. LOREN; and
JOHN/JANE DOE(S),

        Defendants.
------------------------------------------------------------x

**ORDER**

19 CV 10989 (VB)

    Plaintiff, proceeding pro se and in forma pauperis, commenced this action by filing a complaint on November 27, 2019. (Doc. #2). On January 31, 2020, defendants accepted service by mail. (See Docs. ##10, 11, 12). Accordingly, defendants had until March 31, 2020, to answer, move, or otherwise respond to the complaint. Fed. R. Civ. P. 4(d)(3). (See also Docs. ## 10, 11, 12).

    On February 12, 2020, defense counsel filed a notice of appearance on behalf of defendants. (Doc. #13).

    To date, defendants have not answered, moved, or otherwise responded to the complaint.

    Accordingly, it is HEREBY ORDERED:

    The Court sua sponte extends to April 14, 2020, defendants' time to answer, move, or otherwise respond to the complaint. If defendants fail to do so, the Court will instruct the Clerk to enter defendants' default.

    Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: April 7, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge