UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
VINCENT WARREN,
          Plaintiff,

v.

QUANDERA T. QUICK,
          Defendant.
--------------------------------------------------------------x

**ORDER**

19 CV 10989 (VB)

      On September 14, 2021, defendant's counsel filed with the Court a letter stating she had received authority to settle from the agency counsel. (Doc. #41).

      Accordingly, it is HEREBY ORDERED:

      1.     By **September 29, 2021**, defendant's counsel shall file a status update regarding settlement, including whether the case management conference scheduled for October 1, 2021, remains necessary.

      2.     The case management conference remains scheduled for October 1, 2021, at 9:30 a.m. At the time of the scheduled conference, plaintiff and defense counsel shall attend the status conference by calling the following number and entering the access code when requested:

      **Dial-In Number: (888) 363-4749 (toll free) or (215) 446-3662**

      **Access Code: 1703567**

      It is the responsibility of defense counsel to make prior arrangements with the appropriate facility to have plaintiff available by telephone.

      Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: September 28, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

1