Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

10/1/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
VINCENT WARREN,
           Plaintiff,

v.

QUANDERA T. QUICK,
           Defendant.
--------------------------------------------------------------x

**ORDER**

19 CV 10989 (VB)

The Court conducted an on-the-record conference today, at which plaintiff, proceeding pro se, and defense counsel appeared by telephone. Accordingly, it is HEREBY ORDERED:

By **October 15, 2021**, defendant's counsel shall file a stipulation of dismissal or status update regarding settlement.

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: October 1, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

1